**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                          CHAPTER 13 NO.:

BILLY EARL MCLIN                                                                         25 – 00657 – JAW

**TRUSTEE'S MOTION TO DISMISS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Dismiss the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, Jackson Area Federal Credit Union filed a secured claim in the amount of $3,393.80. The collateral securing the debt is a 2015 Ford Taurus.

2. That, the Debtor should be required to file a modified plan that provides treatment of all secured claims or object to the claim.

3. That, if the Debtor fails to take any action, the case should be dismissed.

4. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: May      5     , 2025

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

## **C E R T I F I C A T E**

       I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Billy Earl McLin
5509 Deckard Drive
Jackson, MS  39209


Dated:  May    5  , 2025

                                              /s/Harold J. Barkley, Jr.
                                              HAROLD J. BARKLEY, JR.