IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                                      CHAPTER 13 NO.:

BILLY EARL MCLIN                                                                                   25 – 00657 – JAW

**O R D E R**

  THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #         ]; and the

Court orders as follows:

  THAT, no response has been timely filed herein.

  THAT, the Trustee's Motion to Dismiss is granted and this case is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

*/s/ Justin B. Jones*
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM