_____



**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: May 13, 2025

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                   CHAPTER 13 NO.:

BILLY EARL MCLIN                                    25 – 00657 – JAW

ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #24]; and the Court orders as follows:

THAT, the Trustee's Motion to Dismiss is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM