United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00657-JAW
Billy Earl McLin Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Jun 17, 2025     Form ID: n031     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Billy Earl McLin, DeJana Lewis, 5509 Deckard Dr, Jackson, MS 39209-4506 |
| 5484694 | + | American Financial, 319 Hwy 80 E, Clinton, MS 39056-4717 |
| 5484698 | | Community Financial, 2860 Hwy 80 A, Pearl, MS 39208 |
| 5495642 | | Dash of Cash, 1329-A Arena Road, Lot 110, Kahnawake, Quebec CA J0L1B0 |
| 5484699 | + | Dejanae Lewis, 5509 Deckard Drive, Jackson, MS 39209-4506 |
| 5484700 | + | ELoan Warehouse, 183 Montgomery Ave, Oxnard, CA 93036-1007 |
| 5485180 | | Jackson HMA, LLC dba Merit Health Central, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Jun 17 2025 19:31:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5484695 | + | Email/Text: karen.pierre-louis@libertyloans.com | Jun 17 2025 19:32:00 | Approved Cash, 7402 Siwell Rd, Byram, MS 39272-9386 |
| 5484706 | | Email/Text: fwdbctl@spotloan.com | Jun 17 2025 19:31:48 | Spot Loans, PO Box 720, Belcourt, ND 58316 |
| 5501806 | ^ | MEBN | Jun 17 2025 19:29:29 | Blue Frog Loans, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5484696 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2025 19:41:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5484697 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 17 2025 19:31:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5485683 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 17 2025 19:31:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5484701 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 17 2025 19:32:00 | Flagship Credit, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 5493406 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 17 2025 19:32:00 | Flagship Credit Acceptance, PO BOX 3807, Coppell TX 75019-5877 |
| 5502643 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 17 2025 19:31:00 | Flowood Mississippi Imaging LLC c/o PASI, Professional Account Services Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 5513056 | + | Email/Text: bankruptcy@towerloan.com | Jun 17 2025 19:31:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5505759 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 17 2025 19:32:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5484702 | + | Email/Text: lcox@jacksonareafcu.com | Jun 17 2025 19:32:00 | Jackson Area Federal Credit Union, P.O. Box 1403, Jackson, MS 39215-1403 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: n031 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 5502612 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 17 2025 19:31:00 | Jackson HB Medical Services LLC c/o PASI, Professional Account Services Inc, PO Box 188, Brentwood, TN 37024-0188 |
| 5487222 | + | Email/Text: melissa.martin@kfcu.org | Jun 17 2025 19:31:00 | KEESLER FEDERAL CREDIT UNION, PO BOX 7001, BILOXI, MS 39534-7001 |
| 5484703 | + | Email/Text: melissa.martin@kfcu.org | Jun 17 2025 19:31:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5505881 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2025 19:41:56 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5484704 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2025 19:41:49 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5484705 | | Email/Text: bankruptcy@republicfinance.com | Jun 17 2025 19:32:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5498442 | | Email/Text: bankruptcy@republicfinance.com | Jun 17 2025 19:32:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5487874 | + | Email/Text: wrs@byrdwiser.com | Jun 17 2025 19:31:00 | Robert Alan Byrd, Esq., Byrd & Wiser, Attorneys at Law, for Keesler Federal Credit Union, 145 Main Street, Biloxi, MS 39530-4333 |
| 5521666 | | Email/Text: EDBKNotices@ecmc.org | Jun 17 2025 19:31:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Billy Earl McLin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |

District/off: 0538-3 User: mssbad Page 3 of 3
Date Rcvd: Jun 17, 2025 Form ID: n031 Total Noticed: 29

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00657−JAW
**Chapter:** 13

**In re:**

Billy Earl McLin
aka Billy E McLin
5509 Deckard Dr
Jackson, MS 39209

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on June 17, 2025 (Dkt. # 35 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 17, 2025                                      Danny L. Miller, Clerk of Court