**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| BILLY EARL MCLIN | 25 – 00657 – JAW |

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court for a Final Order of Dismissal and the Court hereby Orders as follows:

THAT, pursuant to an Agreed Order [DK #44] entered on July 28, 2026, a copy being attached hereto, the Debtor was not to become 60 days or more delinquent in Chapter 13 Plan Payments.

THAT, the Debtor has failed to abide by the terms of said Agreed Order.

THAT, this case is hereby dismissed.

##END OF ORDER##

SUBMITTED BY

JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 28, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**BILLY EARL MCLIN** **25 – 00657 – JAW**

**AGREED ORDER**

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #42] and the Debtor's Response [DK #43]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, should the Debtor become 60 days or more delinquent in Chapter 13 Plan Payments calculated from August 1, 2026 then this case may be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

*/s/ Justin B. Jones*
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

*/s/ Thomas C. Rollins, Jr.*
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR