**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO.:** |
| **BILLY EARL MCLIN** | **25 – 00657 – JAW** |

**CERTIFICATE OF SERVICE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the *Final Order of Dismissal* [DK #50] entered in the above styled and numbered case by First Class U. S. Mail on all parties in interest who did not receive electronic notice through CM/ECF.

Dated: October 28, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM