**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: October 26, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF: CHAPTER 13 NO.:

BILLY EARL MCLIN 25 - 00657 - JAW

FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court for a Final Order of Dismissal and the Court hereby Orders as follows:

THAT, pursuant to an Agreed Order [DK #44] entered on July 28, 2026, a copy being attached hereto, the Debtor was not to become 60 days or more delinquent in Chapter 13 Plan Payments.

THAT, the Debtor has failed to abide by the terms of said Agreed Order.

THAT, this case is hereby dismissed.

##END OF ORDER##

SUBMITTED BY

JUSTIN B. JONES - MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**BILLY EARL MCLIN** **25 - 00657 - JAW**

**<u>AGREED ORDER</u>**

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #42] and the Debtor's Response [DK #43]; and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is hereby denied.

THAT, the Debtor's wage order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, should the Debtor become 60 days or more delinquent in Chapter 13 Plan Payments calculated from August 1, 2026 then this case may be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Label Matrix for local noticing
0538-3
Case 25-00657-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Wed Oct 28 08:54:44 CDT 2026

American Financial
319 Hwy 80 E
Clinton, MS 39056-4717

Approved Cash
7402 Siwell Rd
Byram, MS 39272-9386

Harold J. Barkley Jr.
P.O. Box 4476
Jackson, MS 39296-4476

Blue Frog Loans
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604-2863

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

Community Financial
2860 Hwy 80 A
Pearl, MS 39208

Dash of Cash
1329-A Arena Road, Lot 110
Kahnawake, Quebec CA J0L1B0

Dejanae Lewis
5509 Deckard Drive
Jackson, MS 39209-4506

ELoan Warehouse
183 Montgomery Ave
Oxnard, CA 93036-1007

Flagship Credit
Attn: Bankruptcy
Po Box 965
Chadds Ford, PA 19317-0643

Flagship Credit Acceptance
PO BOX 3807
Coppell TX 75019-5877

Flowood Mississippi Imaging LLC c/o PASI
Professional Account Services Inc.
PO Box 188
Brentwood, TN 37024-0188

Gulfco of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232-0001

Jackson Area Federal Credit Union
P.O. Box 1403
Jackson, MS 39215-1403

Jackson HB Medical Services LLC c/o PASI
Professional Account Services Inc
PO Box 188
Brentwood, TN 37024-0188

Jackson HMA, LLC dba Merit Health Central
c/o David L. Mendelson, Esq.
Mendelson Law Firm
P.O. Box 17235
Memphis, TN 38187-0235

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI, MS 39534-7001

Keesler FCU
Attn: Bankruptcy
2602 Pass Rd
Biloxi, MS 39531-2728

Keesler Federal Credit Union
c/o Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

DeJana Lewis
5509 Deckard Drive
Jackson, MS 39209-4506

Lvnv Funding
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

Billy Earl McLin
5509 Deckard Dr
Jackson, MS 39209-4506

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Robert Alan Byrd, Esq.
Byrd & Wiser, Attorneys at Law
for Keesler Federal Credit Union
145 Main Street
Biloxi, MS 39530-4333

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

(p)BLUECHIP FINANCIAL D B A SPOTLOAN
P O BOX 720
BELCOURT ND 58316-0720

US Department of Education
PO Box 16448
Saint Paul, MN 55116-0448

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO Box 7999
St Cloud, MN 56302-9617

Republic Finance
Attn: Bankruptcy
7031 Commerce Circle
Baton Rouge, LA 70809

(d)Republic Finance, LLC
282 Tower Road
Ponchatoula, LA 70454

Spot Loans
PO Box 720
Belcourt, ND 58316

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 33 |
| Bypassed recipients | 0 |
| Total | 33 |