United States Bankruptcy Court
Southern District of Mississippi

In re:
Billy Earl McLin
Debtor

Case No. 25-00657-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Oct 26, 2026 | Form ID: ntcdsm | Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Billy Earl McLin, DeJana Lewis, 5509 Deckard Dr, Jackson, MS 39209-4506 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5484694 | + | American Financial, 319 Hwy 80 E, Clinton, MS 39056-4717 |
| 5484695 | + | Approved Cash, 7402 Siwell Rd, Byram, MS 39272-9386 |
| 5484698 | | Community Financial, 2860 Hwy 80 A, Pearl, MS 39208 |
| 5495642 | | Dash of Cash, 1329-A Arena Road, Lot 110, Kahnawake, Quebec CA J0L1B0 |
| 5484699 | + | Dejanae Lewis, 5509 Deckard Drive, Jackson, MS 39209-4506 |
| 5484700 | + | ELoan Warehouse, 183 Montgomery Ave, Oxnard, CA 93036-1007 |
| 5485180 | | Jackson HMA, LLC dba Merit Health Central, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |
| 5487874 | + | Robert Alan Byrd, Esq., Byrd & Wiser, Attorneys at Law, for Keesler Federal Credit Union, 145 Main Street, Biloxi, MS 39530-4333 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5484706 | | Email/Text: fwdbctl@spotloan.com | Oct 27 2026 02:48:17 | Spot Loans, PO Box 720, Belcourt, ND 58316 |
| 5501806 | ^ | MEBN | Oct 27 2026 02:43:45 | Blue Frog Loans, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5484696 | + | EDI: CAPITALONE.COM | Oct 27 2026 06:45:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5484697 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 27 2026 02:47:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5485683 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 27 2026 02:47:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5484701 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 27 2026 02:48:00 | Flagship Credit, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 5493406 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 27 2026 02:48:00 | Flagship Credit Acceptance, PO BOX 3807, Coppell TX 75019-5877 |
| 5502643 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 27 2026 02:47:00 | Flowood Mississippi Imaging LLC c/o PASI, Professional Account Services Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 5513056 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 27 2026 02:48:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5505759 | | EDI: JEFFERSONCAP.COM | Oct 27 2026 06:45:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5484702 | + | Email/Text: jfields@jacksonareafcu.com | Oct 27 2026 02:48:00 | Jackson Area Federal Credit Union, P.O. Box 1403, Jackson, MS 39215-1403 |
| 5502612 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 27 2026 02:47:00 | Jackson HB Medical Services LLC c/o PASI, |

| | | | |
|---|---|---|---|
| | | | Professional Account Services Inc, PO Box 188, Brentwood, TN 37024-0188 |
| 5487222 | + Email/Text: melissa.martin@kfcu.org | Oct 27 2026 02:48:00 | KEESLER FEDERAL CREDIT UNION, PO BOX 7001, BILOXI, MS 39534-7001 |
| 5484703 | + Email/Text: melissa.martin@kfcu.org | Oct 27 2026 02:48:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5505881 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 03:00:34 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5484704 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 03:00:32 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5484705 | Email/Text: bankruptcy@republicfinance.com | Oct 27 2026 02:48:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5498442 | Email/Text: bankruptcy@republicfinance.com | Oct 27 2026 02:48:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5521666 | Email/Text: EDBKNotices@ecmc.org | Oct 27 2026 02:47:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Billy Earl McLin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 25−00657−JAW
Chapter: 13

In re:
Billy Earl McLin
aka Billy E McLin
5509 Deckard Dr
Jackson, MS 39209

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−1767

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on October 26, 2026.

Dated: 10/26/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600